| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ryu, Donna M. | United States District Court; Northern District of Californi | 08/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final | 01/01/2019 **to** 12/31/2019 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court
1301 Clay Street
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Revocable Trust Agreement re family member's estate |
| 2. | Lecturer | University of California, Berkeley Law School |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | July 2002 | University of California Retirement Plan (pension on retirement) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Jan-Dec | University of California, Berkeley Law School | $4,926.48 |
| 2. Jan-Dec | University of California Retirement System (pension payments) (see Part II) | $20,596.53 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. Wells Fargo Bank Accounts | A | Int./Div. | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. Provident Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 10. | | | | | | | | | |
| 11. ING Direct Accounts | A | Int./Div. | L | T | | | | | |
| 12. | | | | | | | | | |
| 13. Brokerage--Indiv. TOD Renamed to Trust (H) | | | | | | | | | |
| 14. -Wilshire Large Company Growth Fund (DTLGX) | A | Dividend | J | T | Buy (add'l) | 12/16/19 | J | | |
| 15. -Wilshire Large Cap Core Fund (WLCTX) | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 16. -Wilshire Small Company Growth Fund (DTSGX) | A | Int./Div. | J | T | Buy (add'l) | 12/16/19 | J | | |
| 17. -Wilshire Small Company Value Fund (DTSVX) | A | Int./Div. | J | T | Buy (add'l) | 12/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Wilshire Large Company Value Fund (DTLVX) | A | Int./Div. | J | T | Buy (add'l) | 12/16/19 | J | | |
| 19. | A | Int./Div. | J | T | Buy (add'l) | 12/30/19 | J | | |
| 20.   -Wilshire Income Fund (WIORX) | A | Dividend | J | T | Buy (add'l) | 07/01/19 | J | | |
| 21. | A | Dividend | J | T | Buy (add'l) | 10/01/19 | J | | |
| 22. | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 23.   -Fidelity US Bond Index Fund (FXNAX) | A | Dividend | J | T | Buy (add'l) | 01/03/19 | J | | |
| 24. | A | Dividend | J | T | Buy (add'l) | 02/04/19 | J | | |
| 25. | A | Dividend | J | T | Buy (add'l) | 03/04/19 | J | | |
| 26. | A | Dividend | J | T | Buy (add'l) | 04/02/19 | J | | |
| 27. | A | Dividend | J | T | Buy (add'l) | 05/02/19 | J | | |
| 28. | A | Dividend | J | T | Buy (add'l) | 06/04/19 | J | | |
| 29. | A | Dividend | J | T | Buy (add'l) | 07/02/19 | J | | |
| 30. | A | Dividend | J | T | Buy (add'l) | 08/02/19 | J | | |
| 31. | A | Dividend | J | T | Buy (add'l) | 09/04/19 | J | | |
| 32. | A | Dividend | J | T | Buy (add'l) | 10/02/19 | J | | |
| 33. | A | Dividend | J | T | Buy (add'l) | 11/04/19 | J | | |
| 34. | A | Dividend | J | T | Buy (add'l) | 12/03/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 36. -Vanguard Emerging Markets Stock Index Fund (VEMAX) | A | Dividend | J | T | Buy (add'l) | 03/25/19 | J | | |
| 37. | A | Dividend | J | T | Buy (add'l) | 06/17/19 | J | | |
| 38. | A | Dividend | J | T | Buy (add'l) | 09/24/19 | J | | |
| 39. | A | Dividend | J | T | Buy (add'l) | 12/23/19 | J | | |
| 40. -Vanguard BD Index Short Term BD ETF (BSV) | A | Dividend | J | T | Buy (add'l) | 02/06/19 | J | | |
| 41. | A | Dividend | J | T | Buy (add'l) | 03/06/19 | J | | |
| 42. | A | Dividend | J | T | Buy (add'l) | 04/04/19 | J | | |
| 43. | A | Dividend | J | T | Buy (add'l) | 05/06/19 | J | | |
| 44. | A | Dividend | J | T | Buy (add'l) | 06/06/19 | J | | |
| 45. | A | Dividend | J | T | Buy (add'l) | 07/05/19 | J | | |
| 46. | A | Dividend | J | T | Buy (add'l) | 08/06/19 | J | | |
| 47. | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 48. | A | Dividend | J | T | Buy (add'l) | 10/04/19 | J | | |
| 49. | A | Dividend | J | T | Buy (add'l) | 11/06/19 | J | | |
| 50. | A | Dividend | J | T | Buy (add'l) | 12/05/19 | J | | |
| 51. | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    -Vanguard Index Md-Cap ETF (VO) | A | Dividend | J | T | Buy (add'l) | 04/02/19 | J | | |
| 53. | A | Dividend | J | T | Buy (add'l) | 07/02/19 | J | | |
| 54. | A | Dividend | J | T | Buy (add'l) | 09/19/19 | J | | |
| 55. | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 56.    -Cash Account FlexInsured CFID | A | Dividend | J | T | Buy (add'l) | 01/15/19 | J | | |
| 57. | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 58. | A | Dividend | J | T | Buy (add'l) | 02/19/19 | J | | |
| 59. | A | Dividend | J | T | Buy (add'l) | 03/15/19 | J | | |
| 60. | A | Dividend | J | T | Buy (add'l) | 04/15/19 | J | | |
| 61. | A | Dividend | J | T | Sold (part) | 04/16/19 | J | A | |
| 62. | A | Dividend | J | T | Buy (add'l) | 05/15/19 | J | | |
| 63. | A | Dividend | J | T | Buy (add'l) | 06/14/19 | J | | |
| 64. | A | Dividend | J | T | Buy (add'l) | 07/15/19 | J | | |
| 65. | A | Dividend | J | T | Sold (part) | 07/17/19 | J | A | |
| 66. | A | Dividend | J | T | Buy (add'l) | 08/15/19 | J | | |
| 67. | A | Dividend | J | T | Buy (add'l) | 09/13/19 | J | | |
| 68. | A | Dividend | J | T | Buy (add'l) | 10/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | A | Dividend | J | T | Sold (part) | 10/16/19 | J | A | |
| 70. | A | Dividend | J | T | Buy (add'l) | 11/15/19 | J | | |
| 71. | A | Dividend | J | T | Buy (add'l) | 12/13/19 | J | | |
| 72. | | | | | | | | | |
| 73.  Brokerage--IRA Rollover (H) | | | | | | | | | |
| 74.  -VANGUARD MALVERN FDS STRM (VTIP) | A | Dividend | J | T | Sold | 01/02/19 | J | A | |
| 75. | A | Dividend | J | T | Buy | 02/18/19 | J | | |
| 76. | A | Dividend | J | T | Buy (add'l) | 06/20/19 | J | | |
| 77. | A | Dividend | J | T | Buy (add'l) | 09/27/19 | J | | |
| 78. | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |
| 79.  -SPDR GOLD TR GOLD SHS (GLD) | | None | J | T | Buy (add'l) | 12/27/19 | J | | |
| 80.  -ISHARES TR MSCI USA VALUE FACTOR ETF (VLUE) | A | Dividend | J | T | Sold | 01/02/19 | J | A | |
| 81. | A | Dividend | J | T | Buy | 02/18/19 | J | | |
| 82. | A | Dividend | J | T | Buy (add'l) | 03/26/19 | J | | |
| 83. | A | Dividend | J | T | Sold (part) | 05/14/19 | J | A | |
| 84. | A | Dividend | J | T | Buy (add'l) | 06/21/19 | J | | |
| 85. | A | Dividend | J | T | Buy (add'l) | 09/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | A | Dividend | J | T | Buy (add'l) | 09/30/19 | J | | |
| 87. | A | Dividend | J | T | Buy (add'l) | 12/20/19 | J | | |
| 88. -INDEX IQ ETF TR IQ MERGER ARBITRAGE ETF (MNA) | A | Dividend | J | T | Buy (add'l) | 02/20/19 | J | | |
| 89. | A | Dividend | J | T | Buy (add'l) | 04/26/19 | J | | |
| 90. -CLS FLEXIBLE INCOME FUND CLASS N (CLFLX) | A | Dividend | L | T | Buy (add'l) | 02/29/19 | J | | |
| 91. | A | Dividend | L | T | Buy (add'l) | 03/29/19 | J | | |
| 92. | A | Dividend | L | T | Buy (add'l) | 04/30/19 | J | | |
| 93. | A | Dividend | L | T | Buy (add'l) | 05/31/19 | J | | |
| 94. | A | Dividend | L | T | Buy (add'l) | 06/28/19 | J | | |
| 95. | A | Dividend | L | T | Buy (add'l) | 07/31/19 | J | | |
| 96. | A | Dividend | L | T | Buy (add'l) | 08/30/19 | J | | |
| 97. | A | Dividend | L | T | Buy (add'l) | 09/30/19 | J | | |
| 98. | A | Dividend | L | T | Buy (add'l) | 10/31/19 | J | | |
| 99. | A | Dividend | L | T | Buy (add'l) | 11/29/19 | J | | |
| 100. | A | Dividend | L | T | Sold (part) | 12/18/19 | J | A | |
| 101. | A | Dividend | L | T | Buy (add'l) | 12/27/19 | J | | |
| 102. -CLS GROWTH AND INCOME FUND CLASS N (CLERX) | A | Dividend | M | T | Buy (add'l) | 12/27/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -CLS GLOBAL DIVERSIFIED EQUITY FUND CLASS N (CLSAX) | A | Dividend | M | T | Sold (part) | 04/26/19 | J | A | |
| 104. | A | Dividend | M | T | Buy (add'l) | 12/18/19 | J | | |
| 105. | A | Dividend | M | T | Buy (add'l) | 12/27/19 | J | | |
| 106. -CLS GLOBAL AGGRESSIVE EQUTY (CLACX) | A | Dividend | K | T | Buy (add'l) | 12/27/19 | J | | |
| 107. -GLOBAL LONG/SHORT CREDIT - CLASS A (BGCAX) | | None | | | Sold | 02/20/19 | J | A | |
| 108. -ISHARES TR MSCI ACWIETF (ACWI) | | None | | | Sold | 02/20/19 | J | A | |
| 109. -JOHN HANCOCK ABSOLUTE RETURN CURRENCY FUND CLASS A (JCUAX) | | None | | | Sold | 02/20/19 | J | A | |
| 110. -BLACKSTONE ALTERNATIVE MULTI-STRATEGY INST CLASS (BXMIX) | A | Dividend | J | T | Buy (add'l) | 12/19/19 | J | | |
| 111. -CLS INTL EQ CLASS N (CLHAX) | | None | | | Sold | 04/29/19 | J | A | |
| 112. -ISHARES TR MSCI EAFEVALUE ETF (EFV) | | None | | | Sold | 03/08/19 | J | A | |
| 113. -POWERSHARES/INVESCO EXC-TRADED FD TR II S&P 500 LOW VOLATILITY (SPLV) | A | Dividend | | | Buy (add'l) | 01/31/19 | J | | |
| 114. | A | Dividend | | | Sold (part) | 02/19/19 | J | A | |
| 115. | A | Dividend | | | Buy (add'l) | 02/28/19 | J | | |
| 116. | A | Dividend | | | Buy (add'l) | 03/29/19 | J | | |
| 117. | A | Dividend | | | Sold (part) | 04/08/19 | J | A | |
| 118. | A | Dividend | | | Buy (add'l) | 04/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. | A | Dividend | | | Buy<br>(add'l) | 05/14/19 | J | | |
| 120. | A | Dividend | | | Buy<br>(add'l) | 05/31/19 | J | | |
| 121. | A | Dividend | | | Sold<br>(part) | 06/13/19 | J | A | |
| 122. | A | Dividend | | | Sold<br>(part) | 06/20/19 | J | A | |
| 123. | A | Dividend | | | Buy<br>(add'l) | 06/28/19 | J | | |
| 124. | A | Dividend | | | Buy<br>(add'l) | 07/31/19 | J | | |
| 125. | A | Dividend | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 126. | A | Dividend | | | Buy<br>(add'l) | 08/06/19 | J | | |
| 127. | A | Dividend | | | Buy<br>(add'l) | 08/30/19 | J | | |
| 128. | A | Dividend | | | Sold<br>(part) | 09/05/19 | J | A | |
| 129. | A | Dividend | | | Buy<br>(add'l) | 09/25/19 | J | | |
| 130. | A | Dividend | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 131. | A | Dividend | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 132. | A | Dividend | | | Sold | 11/04/19 | J | A | |
| 133. -ISHARES EDGE MSCI MIN VOL ETF<br>AVG (ACWV) | A | Dividend | | | Buy<br>(add'l) | 03/08/19 | J | | |
| 134. | A | Dividend | | | Sold<br>(part) | 04/08/19 | J | A | |
| 135. | A | Dividend | | | Buy<br>(add'l) | 05/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 136. | A | Dividend | | | Buy<br>(add'l) | 05/14/19 | J | | |
| 137. | A | Dividend | | | Sold<br>(part) | 06/13/19 | J | A | |
| 138. | A | Dividend | | | Sold<br>(part) | 06/20/19 | J | A | |
| 139. | A | Dividend | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 140. | A | Dividend | | | Sold<br>(part) | 07/05/19 | J | A | |
| 141. | A | Dividend | | | Buy<br>(add'l) | 07/09/19 | J | | |
| 142. | A | Dividend | | | Buy<br>(add'l) | 08/05/19 | J | | |
| 143. | A | Dividend | | | Sold<br>(part) | 09/05/19 | J | A | |
| 144. | A | Dividend | | | Sold<br>(part) | 09/12/19 | J | A | |
| 145. | A | Dividend | | | Buy<br>(add'l) | 10/03/19 | J | | |
| 146. | A | Dividend | | | Sold | 11/04/19 | J | A | |
| 147.  -ASG MANAGED FUTURES FUND Y<br>(ASFYX) | A | Dividend | J | T | Buy | 02/20/19 | J | | |
| 148. | A | Dividend | J | T | Buy<br>(add'l) | 12/31/19 | J | | |
| 149.  -SPDR BLOOMBERG BARCLAYS 1-3<br>MNTH T BILL ETF (BIL) | | None | | | Sold<br>(part) | 01/23/19 | J | A | |
| 150. | | None | | | Sold | 01/31/19 | J | A | |
| 151.  -SCHWAB STRATEGIC TR SCHWAB<br>FUNDAMENTAL US SMALL CO INDEX<br>ETF (FNDA) | A | Dividend | | | Buy<br>(add'l) | 01/23/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 152. | A | Dividend | | | Buy<br>(add'l) | 02/19/19 | J | | |
| 153. | A | Dividend | | | Buy<br>(add'l) | 03/25/19 | J | | |
| 154. | A | Dividend | | | Sold<br>(part) | 05/08/19 | J | A | |
| 155. | A | Dividend | | | Sold | 05/14/19 | J | A | |
| 156.  -GOLDMAN SACHS ABSOLUTE<br>RETURN TRACKER FD (GJRTX) | A | Dividend | J | T | Buy<br>(add'l) | 12/13/19 | J | | |
| 157. | A | Dividend | J | T | Buy<br>(add'l) | 12/31/19 | J | | |
| 158.  -ISHARES/HORIZONS ETF S&P 500<br>(HSPX) | A | Dividend | J | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 159. | A | Dividend | J | T | Buy<br>(add'l) | 01/13/19 | J | | |
| 160. | A | Dividend | J | T | Buy<br>(add'l) | 02/28/19 | J | | |
| 161. | A | Dividend | J | T | Buy<br>(add'l) | 03/28/19 | J | | |
| 162. | A | Dividend | J | T | Buy<br>(add'l) | 05/02/19 | J | | |
| 163. | A | Dividend | J | T | Buy<br>(add'l) | 05/31/19 | J | | |
| 164. | A | Dividend | J | T | Buy<br>(add'l) | 08/01/19 | J | | |
| 165. | A | Dividend | J | T | Buy<br>(add'l) | 08/29/19 | J | | |
| 166. | A | Dividend | J | T | Buy<br>(add'l) | 10/03/19 | J | | |
| 167. | A | Dividend | J | T | Buy<br>(add'l) | 10/31/19 | J | | |
| 168. | A | Dividend | J | T | Buy<br>(add'l) | 11/29/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169.  -ISHARES TR CONV BD ETF (ICVT) | A | Dividend | J | T | Sold<br>(part) | 01/18/19 | J | A | |
| 170. | A | Dividend | J | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 171. | A | Dividend | J | T | Buy<br>(add'l) | 03/07/19 | J | | |
| 172. | A | Dividend | J | T | Buy<br>(add'l) | 04/05/19 | J | | |
| 173. | A | Dividend | J | T | Buy<br>(add'l) | 05/07/19 | J | | |
| 174. | A | Dividend | J | T | Buy<br>(add'l) | 06/07/19 | J | | |
| 175. | A | Dividend | J | T | Buy<br>(add'l) | 07/08/19 | J | | |
| 176. | A | Dividend | J | T | Buy<br>(add'l) | 08/07/19 | J | | |
| 177. | A | Dividend | J | T | Buy<br>(add'l) | 09/09/19 | J | | |
| 178. | A | Dividend | J | T | Buy<br>(add'l) | 10/07/19 | J | | |
| 179. | A | Dividend | J | T | Buy<br>(add'l) | 11/07/19 | J | | |
| 180. | A | Dividend | J | T | Buy<br>(add'l) | 12/06/19 | J | | |
| 181. | A | Dividend | J | T | Buy<br>(add'l) | 12/26/19 | J | | |
| 182.  -JOHN HANCOCK GLOBAL ABSOLUTE<br>RETURN (JHAIX) | A | Dividend | | | Buy<br>(add'l) | 08/23/19 | J | | |
| 183. | A | Dividend | | | Sold | 12/03/19 | J | A | |
| 184.  -JP MORGAN EXCHANGE TRADED FD<br>INTL EQUITY ETF (JPIN) | A | Dividend | | | Buy<br>(add'l) | 01/23/19 | J | | |
| 185. | A | Dividend | | | Buy<br>(add'l) | 01/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Ryu, Donna M.** | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. | A | Dividend | | | Sold | 03/08/19 | J | A | |
| 187. -WISDOMTREE TR CBOE S&P500 (PUTW) | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |
| 188. -POWERSHARES EXCHANGE TRADED FD TR II FTSERAFI EMERGING MARKETS (PXH) | A | Dividend | K | T | Buy | 01/23/19 | K | | |
| 189. | A | Dividend | K | T | Buy (add'l) | 01/31/19 | K | | |
| 190. | A | Dividend | K | T | Buy (add'l) | 03/29/19 | K | | |
| 191. | A | Dividend | K | T | Sold (part) | 05/08/19 | K | A | |
| 192. | A | Dividend | K | T | Buy (add'l) | 06/13/19 | K | | |
| 193. | A | Dividend | K | T | Buy (add'l) | 06/28/19 | K | | |
| 194. | A | Dividend | K | T | Sold (part) | 07/09/19 | K | A | |
| 195. | A | Dividend | K | T | Buy (add'l) | 09/12/19 | K | | |
| 196. | A | Dividend | K | T | Buy (add'l) | 09/30/19 | K | | |
| 197. | A | Dividend | K | T | Sold (part) | 10/03/19 | K | A | |
| 198. | A | Dividend | K | T | Buy (add'l) | 11/04/19 | K | | |
| 199. -ISHARES TR SHORT TREAS (SHV) | | None | | | Sold (part) | 01/23/19 | K | A | |
| 200. | | None | | | Sold (part) | 01/31/19 | K | A | |
| 201. -ISHARES TR MSCI USA MIN VOL ETF (USMV) | A | Dividend | | | Buy (add'l) | 01/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. | A | Dividend | | | Sold (part) | 02/19/19 | K | A | |
| 203. | A | Dividend | | | Buy (add'l) | 03/26/19 | K | | |
| 204. | A | Dividend | | | Sold (part) | 04/08/19 | K | A | |
| 205. | A | Dividend | | | Buy (add'l) | 05/08/19 | K | | |
| 206. | A | Dividend | | | Sold (part) | 06/13/19 | K | A | |
| 207. | A | Dividend | | | Buy (add'l) | 07/09/19 | K | | |
| 208. | A | Dividend | | | Buy (add'l) | 08/06/19 | K | | |
| 209. | A | Dividend | | | Sold (part) | 09/05/19 | K | A | |
| 210. | A | Dividend | | | Sold (part) | 09/12/19 | K | A | |
| 211. | A | Dividend | | | Buy (add'l) | 09/25/19 | K | | |
| 212. | A | Dividend | | | Sold | 11/04/19 | K | A | |
| 213.  -VANGUARD INTL EQUITY INDEX FDS GLOBAL EX-US REAL ESTATE ETF (VNQI) | A | Dividend | J | T | Buy | 02/19/19 | J | | |
| 214. | A | Dividend | J | T | Buy (add'l) | 06/20/19 | J | | |
| 215. | A | Dividend | J | T | Buy (add'l) | 09/27/19 | J | | |
| 216. | A | Dividend | J | T | Buy (add'l) | 12/23/19 | J | | |
| 217.  -GRANITSHARES ETF (COMB) | A | Dividend | | | Buy | 01/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 218. | A | Dividend | | | Sold | 12/19/19 | J | A | |
| 219. -VANECK VECTORS ETF (EMLC) | | None | J | T | Buy | 12/02/19 | J | | |
| 220. -GOLDMAN SACHS ETF LARGECAP EQUITY (GSLC) | A | Dividend | | | Buy | 04/08/19 | K | | |
| 221. | A | Dividend | | | Buy<br>(add'l) | 06/28/19 | K | | |
| 222. | A | Dividend | | | Sold<br>(part) | 08/06/19 | K | A | |
| 223. | A | Dividend | | | Sold | 09/25/19 | K | A | |
| 224. -JOHN HANCOCK EXCHANGE TRADED MULTIFACTOR MID-CAP ETF (JHMM) | A | Dividend | K | T | Buy | 01/29/19 | K | | |
| 225. | A | Dividend | K | T | Buy<br>(add'l) | 06/20/19 | K | | |
| 226. | A | Dividend | K | T | Buy<br>(add'l) | 06/28/19 | K | | |
| 227. | A | Dividend | K | T | Sold<br>(part) | 08/06/19 | K | A | |
| 228. | A | Dividend | K | T | Buy<br>(add'l) | 09/05/19 | K | | |
| 229. | A | Dividend | K | T | Buy<br>(add'l) | 12/30/19 | K | | |
| 230. -GLOBAL X FDS MLP ETF (MLPA) | | None | J | T | Buy | 12/19/19 | J | | |
| 231. -INVESCO EXCHANGE TRADED SELF INDEXED RUSSELL 1000 (OMFL) | A | Dividend | K | T | Buy | 06/13/19 | K | | |
| 232. | A | Dividend | K | T | Buy<br>(add'l) | 06/28/19 | K | | |
| 233. | A | Dividend | K | T | Buy<br>(add'l) | 07/05/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 234. | A | Dividend | K | T | Buy<br>(add'l) | 09/30/19 | K | | |
| 235. | A | Dividend | K | T | Buy<br>(add'l) | 11/04/19 | K | | |
| 236. | A | Dividend | K | T | Buy<br>(add'l) | 12/31/19 | K | | |
| 237. -DBX ETF XTRACKERS RUSSELL 1000<br>(QARP) | A | Dividend | | | Buy | 02/19/19 | J | | |
| 238. | A | Dividend | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 239. | A | Dividend | | | Buy<br>(add'l) | 07/08/19 | J | | |
| 240. | A | Dividend | | | Sold | 07/09/19 | J | A | |
| 241. -SPDR MSCI USA ETF (QUS) | A | Dividend | K | T | Buy | 09/05/19 | K | | |
| 242. | A | Dividend | K | T | Buy<br>(add'l) | 11/04/19 | K | | |
| 243. | A | Dividend | K | T | Buy<br>(add'l) | 12/30/19 | K | | |
| 244. -LATTICE STRATEGIES<br>MULTIFACTOR DEVELOPED MKTS<br>ETF (RODM) | A | Dividend | K | T | Buy | 04/08/19 | K | | |
| 245. | A | Dividend | K | T | Buy<br>(add'l) | 06/20/19 | K | | |
| 246. | A | Dividend | K | T | Buy<br>(add'l) | 06/28/19 | K | | |
| 247. | A | Dividend | K | T | Sold<br>(part) | 08/05/19 | K | A | |
| 248. | A | Dividend | K | T | Buy<br>(add'l) | 09/05/19 | K | | |
| 249. | A | Dividend | K | T | Sold<br>(part) | 10/03/19 | K | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 250. | A | Dividend | K | T | Buy (add'l) | 11/04/19 | K | | |
| 251. | A | Dividend | K | T | Buy (add'l) | 12/26/19 | K | | |
| 252. -ISHARES EXPONENTIAL TECHNOLOGIES ETF (XT) | A | Dividend | K | T | Buy | 06/13/19 | K | | |
| 253. | A | Dividend | K | T | Buy (add'l) | 06/21/19 | K | | |
| 254. | A | Dividend | K | T | Buy (add'l) | 12/20/19 | K | | |
| 255. -FEDERATED TREASURY OBLIGATIONS | A | Int./Div. | J | T | Buy (add'l) | 01/02/19 | J | | |
| 256. | A | Int./Div. | J | T | Buy (add'l) | 01/03/19 | J | | |
| 257. | A | Int./Div. | J | T | Buy (add'l) | 01/07/19 | J | | |
| 258. | A | Int./Div. | J | T | Buy (add'l) | 01/09/19 | J | | |
| 259. | A | Int./Div. | J | T | Buy (add'l) | 01/14/19 | J | | |
| 260. | A | Int./Div. | J | T | Buy (add'l) | 01/15/19 | J | | |
| 261. | A | Int./Div. | J | T | Sold (part) | 01/16/19 | J | A | |
| 262. | A | Int./Div. | J | T | Buy (add'l) | 01/24/19 | J | | |
| 263. | A | Int./Div. | J | T | Buy (add'l) | 01/25/19 | J | | |
| 264. | A | Int./Div. | J | T | Buy (add'l) | 01/28/19 | J | | |
| 265. | A | Int./Div. | J | T | Buy (add'l) | 02/01/19 | J | | |
| 266. | A | Int./Div. | J | T | Buy (add'l) | 02/05/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 267. | A | Int./Div. | J | T | Buy<br>(add'l) | 02/08/19 | J | | |
| 268. | A | Int./Div. | J | T | Buy<br>(add'l) | 02/19/19 | J | | |
| 269. | A | Int./Div. | J | T | Buy<br>(add'l) | 02/22/19 | J | | |
| 270. | A | Int./Div. | J | T | Buy<br>(add'l) | 03/01/19 | J | | |
| 271. | A | Int./Div. | J | T | Buy<br>(add'l) | 03/08/19 | J | | |
| 272. | A | Int./Div. | J | T | Sold<br>(part) | 03/12/19 | J | A | |
| 273. | A | Int./Div. | J | T | Buy<br>(add'l) | 03/18/19 | J | | |
| 274. | A | Int./Div. | J | T | Buy<br>(add'l) | 03/25/19 | J | | |
| 275. | A | Int./Div. | J | T | Buy<br>(add'l) | 03/26/19 | J | | |
| 276. | A | Int./Div. | J | T | Buy<br>(add'l) | 03/27/19 | J | | |
| 277. | A | Int./Div. | J | T | Buy<br>(add'l) | 03/29/19 | J | | |
| 278. | A | Int./Div. | J | T | Buy<br>(add'l) | 04/01/19 | J | | |
| 279. | A | Int./Div. | J | T | Buy<br>(add'l) | 04/08/19 | J | | |
| 280. | A | Int./Div. | J | T | Sold<br>(part) | 04/10/19 | J | A | |
| 281. | A | Int./Div. | J | T | Sold<br>(part) | 04/16/19 | J | A | |
| 282. | A | Int./Div. | J | T | Buy<br>(add'l) | 05/08/19 | J | | |
| 283. | A | Int./Div. | J | T | Sold<br>(part) | 05/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 284. | A | Int./Div. | J | T | Buy<br>(add'l) | 05/15/19 | J | | |
| 285. | A | Int./Div. | J | T | Sold<br>(part) | 05/16/19 | J | A | |
| 286. | A | Int./Div. | J | T | Buy<br>(add'l) | 06/03/19 | J | | |
| 287. | A | Int./Div. | J | T | Buy<br>(add'l) | 06/10/19 | J | | |
| 288. | A | Int./Div. | J | T | Buy<br>(add'l) | 06/14/19 | J | | |
| 289. | A | Int./Div. | J | T | Buy<br>(add'l) | 06/18/19 | J | | |
| 290. | A | Int./Div. | J | T | Buy<br>(add'l) | 06/21/19 | J | | |
| 291. | A | Int./Div. | J | T | Buy<br>(add'l) | 06/24/19 | J | | |
| 292. | A | Int./Div. | J | T | Buy<br>(add'l) | 06/25/19 | J | | |
| 293. | A | Int./Div. | J | T | Buy<br>(add'l) | 07/01/19 | J | | |
| 294. | A | Int./Div. | J | T | Buy<br>(add'l) | 07/08/19 | J | | |
| 295. | A | Int./Div. | J | T | Sold<br>(part) | 07/09/19 | J | A | |
| 296. | A | Int./Div. | J | T | Sold<br>(part) | 07/11/19 | J | A | |
| 297. | A | Int./Div. | J | T | Buy<br>(add'l) | 07/15/19 | J | | |
| 298. | A | Int./Div. | J | T | Sold<br>(part) | 07/17/19 | J | A | |
| 299. | A | Int./Div. | J | T | Buy<br>(add'l) | 08/01/19 | J | | |
| 300. | A | Int./Div. | J | T | Buy<br>(add'l) | 08/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 301. | A | Int./Div. | J | T | Buy (add'l) | 08/08/19 | J | | |
| 302. | A | Int./Div. | J | T | Buy (add'l) | 08/15/19 | J | | |
| 303. | A | Int./Div. | J | T | Buy (add'l) | 08/30/19 | J | | |
| 304. | A | Int./Div. | J | T | Buy (add'l) | 09/03/19 | J | | |
| 305. | A | Int./Div. | J | T | Buy (add'l) | 09/10/19 | J | | |
| 306. | A | Int./Div. | J | T | Buy (add'l) | 09/13/19 | J | | |
| 307. | A | Int./Div. | J | T | Buy (add'l) | 09/17/19 | J | | |
| 308. | A | Int./Div. | J | T | Buy (add'l) | 09/30/19 | J | | |
| 309. | A | Int./Div. | J | T | Buy (add'l) | 10/01/19 | J | | |
| 310. | A | Int./Div. | J | T | Buy (add'l) | 10/04/19 | J | | |
| 311. | A | Int./Div. | J | T | Sold (part) | 10/07/19 | J | A | |
| 312. | A | Int./Div. | J | T | Buy (add'l) | 10/15/19 | J | | |
| 313. | A | Int./Div. | J | T | Sold (part) | 10/16/19 | J | A | |
| 314. | A | Int./Div. | J | T | Sold (part) | 10/22/19 | J | A | |
| 315. | A | Int./Div. | J | T | Buy (add'l) | 11/01/19 | J | | |
| 316. | A | Int./Div. | J | T | Buy (add'l) | 11/07/19 | J | | |
| 317. | A | Int./Div. | J | T | Buy (add'l) | 11/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 318. | A | Int./Div. | J | T | Buy<br>(add'l) | 11/15/19 | J | | |
| 319. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/02/19 | J | | |
| 320. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/03/19 | J | | |
| 321. | A | Int./Div. | J | T | Sold<br>(part) | 12/04/19 | J | A | |
| 322. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/09/19 | J | | |
| 323. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/13/19 | J | | |
| 324. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/20/19 | J | | |
| 325. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/23/19 | J | | |
| 326. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/24/19 | J | | |
| 327. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/27/19 | J | | |
| 328. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/30/19 | J | | |
| 329. | A | Int./Div. | J | T | Buy<br>(add'l) | 12/31/19 | J | | |
| 330. | | | | | | | | | |
| 331.  Brokerage--Roth IRA (H) | | | | | | | | | |
| 332.  -Vanguard Total International Stock Index Fund ETF (VXUS) | A | Dividend | J | T | Buy<br>(add'l) | 03/28/19 | J | | |
| 333. | A | Dividend | J | T | Buy<br>(add'l) | 06/26/19 | J | | |
| 334. | A | Dividend | J | T | Buy<br>(add'l) | 09/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 335. | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |
| 336.   -Vanguard Total Stock Market ETF (VTI) | A | Dividend | J | T | Buy (add'l) | 03/28/19 | J | | |
| 337. | A | Dividend | J | T | Buy (add'l) | 06/20/19 | J | | |
| 338. | A | Dividend | J | T | Buy (add'l) | 09/19/19 | J | | |
| 339. | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 340.   -Vanguard Total Bond Market ETF (BND) | A | Dividend | J | T | Buy (add'l) | 02/06/19 | J | | |
| 341. | A | Dividend | J | T | Buy (add'l) | 03/06/19 | J | | |
| 342. | A | Dividend | J | T | Buy (add'l) | 04/04/19 | J | | |
| 343. | A | Dividend | J | T | Buy (add'l) | 05/06/19 | J | | |
| 344. | A | Dividend | J | T | Buy (add'l) | 06/06/19 | J | | |
| 345. | A | Dividend | J | T | Buy (add'l) | 07/05/19 | J | | |
| 346. | A | Dividend | J | T | Buy (add'l) | 08/06/19 | J | | |
| 347. | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 348. | A | Dividend | J | T | Buy (add'l) | 10/04/19 | J | | |
| 349. | A | Dividend | J | T | Buy (add'l) | 11/06/19 | J | | |
| 350. | A | Dividend | J | T | Buy (add'l) | 12/05/19 | J | | |
| 351. | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 352.  -Vanguard Total International Bond Index ETF (BNDX) | A | Dividend | J | T | Buy (add'l) | 02/06/19 | J | | |
| 353. | A | Dividend | J | T | Buy (add'l) | 03/06/19 | J | | |
| 354. | A | Dividend | J | T | Buy (add'l) | 04/04/19 | J | | |
| 355. | A | Dividend | J | T | Buy (add'l) | 05/06/19 | J | | |
| 356. | A | Dividend | J | T | Buy (add'l) | 06/06/19 | J | | |
| 357. | A | Dividend | J | T | Buy (add'l) | 07/05/19 | J | | |
| 358. | A | Dividend | J | T | Buy (add'l) | 08/06/19 | J | | |
| 359. | A | Dividend | J | T | Buy (add'l) | 09/06/19 | J | | |
| 360. | A | Dividend | J | T | Buy (add'l) | 01/04/19 | J | | |
| 361. | A | Dividend | J | T | Buy (add'l) | 11/06/19 | J | | |
| 362. | A | Dividend | J | T | Buy (add'l) | 12/05/19 | J | | |
| 363. | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |
| 364.  -Money Market/FDIC Insured Bank Deposit Fund (CFIQ) (PER989909) | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 365. | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 366. | A | Dividend | J | T | Buy (add'l) | 02/07/19 | J | | |
| 367. | A | Dividend | J | T | Buy (add'l) | 03/07/19 | J | | |
| 368. | A | Dividend | J | T | Buy (add'l) | 03/29/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 369. | A | Dividend | J | T | Buy (add'l) | 04/05/19 | J | | |
| 370. | A | Dividend | J | T | Buy (add'l) | 05/07/19 | J | | |
| 371. | A | Dividend | J | T | Buy (add'l) | 06/07/19 | J | | |
| 372. | A | Dividend | J | T | Buy (add'l) | 06/21/19 | J | | |
| 373. | A | Dividend | J | T | Buy (add'l) | 06/27/19 | J | | |
| 374. | A | Dividend | J | T | Buy (add'l) | 07/08/19 | J | | |
| 375. | A | Dividend | J | T | Sold (part) | 07/17/19 | J | A | |
| 376. | A | Dividend | J | T | Buy (add'l) | 08/07/19 | J | | |
| 377. | A | Dividend | J | T | Buy (add'l) | 09/09/19 | J | | |
| 378. | A | Dividend | J | T | Buy (add'l) | 09/20/19 | J | | |
| 379. | A | Dividend | J | T | Buy (add'l) | 09/30/19 | J | | |
| 380. | A | Dividend | J | T | Buy (add'l) | 10/07/19 | J | | |
| 381. | A | Dividend | J | T | Sold (part) | 10/16/19 | J | A | |
| 382. | A | Dividend | J | T | Buy (add'l) | 10/22/19 | J | | |
| 383. | A | Dividend | J | T | Buy (add'l) | 11/07/19 | J | | |
| 384. | A | Dividend | J | T | Buy (add'l) | 12/06/19 | J | | |
| 385. | A | Dividend | J | T | Buy (add'l) | 12/30/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 386. | A | Dividend | J | T | Buy<br>(add'l) | 12/31/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, and  Part VII.

Part I:
Line 1: Trust for the benefit of family member.
 -I am not the owner or grantor of the trust, I am solely the co-trustee of a revocable trust created for the benefit of a ▓▓▓▓ member.
 -I am a co-trustee for the convenience of ▓▓▓▓▓ member, and I have not received any income through the trust or trust assets.  In an abundance of caution, I had previously listed the trust property (▓▓▓▓▓ house) in Section VII, but that have since been instructed not to list the house in Section VII, since it is not an investment, and I do not receive any income of any kind from the house or the trust.

Part VII:
When running the audit, I received a general note that some of the holdings show no income during 2019.  My financial disclosure preparer has verified that the entries are correct as entered.  Some holdings were sold before they produced income during the year or are a type of security that does not generally produce income.

The audit also generated a note regarding Line 74 & Line 80 that Columns C(1) & C(2) should be left blank if they were not held on the last day of the reporting period.  These columns are for the gross value at the end of the reporting period.  While the holdings were sold in full, they were repurchased later in the year.  The entries are correct as entered.

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 08/04/2020 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna M. Ryu**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544